# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-411-537**

**Effective Date of Registration:**
April 30, 2024
**Registration Decision Date:**
September 07, 2024

---

## Title

**Title of Work:** Dragon Castle

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 02, 2019
**Nation of 1st Publication:** Czech Republic

## Author

- **Author:** Jan Patrik Krasny
  **Author Created:** 2-D artwork
  **Citizen of:** Czech Republic

## Copyright Claimant

**Copyright Claimant:** Jan Patrik Krasny
Smilovskeho 3, 12000 Prague, Czech Republic

## Certification

**Name:** Daniel Lachman
**Date:** April 30, 2024

---

**Correspondence:** Yes

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-420-383**
**Effective Date of Registration:**
April 30, 2024
**Registration Decision Date:**
November 02, 2024

## Title
      **Title of Work:** Egyptian Queen Of The Leopards

## Completion/Publication
      **Year of Completion:** 2014
      **Date of 1st Publication:** September 07, 2014
      **Nation of 1st Publication:** Czech Republic

## Author
      • **Author:** Jan Patrik Krasny
      **Author Created:** 2-D artwork
      **Citizen of:** Czech Republic

## Copyright Claimant
      **Copyright Claimant:** Jan Patrik Krasny
      Smilovskeho 3 12000 Prague Czech Republic

## Certification
      **Name:** Daniel Lachman
      **Date:** April 30, 2024

      **Correspondence:** Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-424-871**

**Effective Date of Registration:**
April 30, 2024
**Registration Decision Date:**
December 07, 2024



---

### Title

| | |
|---|---|
| Title of Work: | Landscape of Dinosaurs |

### Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |
| Date of 1st Publication: | December 22, 2017 |
| Nation of 1st Publication: | Czech Republic |

### Author

| | |
|---|---|
| • Author: | Jan Patrik Krasny |
| Author Created: | 2-D artwork |
| Citizen of: | Czech Republic |

### Copyright Claimant

### Certification

| | |
|---|---|
| Name: | Daniel Lachman |
| Date: | April 30, 2024 |

---

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-411-536**
**Effective Date of Registration:**
April 30, 2024
**Registration Decision Date:**
September 07, 2024

## Title

    **Title of Work:** Underwater Dolphin and Turtle

## Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** February 04, 2017
    **Nation of 1st Publication:** Czech Republic

## Author

    • **Author:** Jan Patrik Krasny
    **Author Created:** 2-D artwork
    **Citizen of:** Czech Republic

## Copyright Claimant

    **Copyright Claimant:** Jan Patrik Krasny
    Smilovskeho 3, 12000 Prague, Czech Republic

## Certification

    **Name:** Daniel Lachman
    **Date:** April 30, 2024

    **Correspondence:** Yes

Page 1 of 1